United States Bankruptcy Court
Central District of California

In re:                                                                                   Case No. 18-10428-MJ
Keith Edward Andersen, Jr.                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6         User: tlozanoC              Page 1 of 2              Date Rcvd: Jan 22, 2018
                             Form ID: 309A               Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
```
db             +Keith Edward Andersen, Jr.,    2118 Parkside Dr., Apt. 263,     Corona, CA 92879-1298
38285486       +Ad Astra Recovery Services,    7330 W. 33rd St.N. #118,    Wichita, KS 67205-9370
38285505      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: MABT/CONTFIN,     121 Continental Dr. Ste. 1,    Newark, DE 19713)
38285491        Check n GO,    P.O. Box 36381,    Cincinnati, OH 45236-0381
38285492       +City of Riverside,    3901 Orange St,    Riverside, CA 92501-3610
38285493        Corona Regional Med Center,    P.O. Box 310010827,    Pasadena, CA 91110-0827
38285496        EasyPay Finance,    Corporate Headquarters,    PO Box 2549,    Carlsbad, CA 92018-2549
38285499       +First Progress,    PO Box 84010,    Columbus, GA 31908-4010
38285503       +JTM Capital Management,    210 John Glenn Dr. #3,    Buffalo, NY 14228-2213
38285506        Mid America Bank & Trust,    P.O. Box 400,    Dixon, MO 65459-0400
38285508       +Monterey Financial,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
38285509       +Nationwide Legal,    3631 10th ST., Suite 210,    Riverside, CA 92501-3657
38285512       +Queen of The Valley,    1115 S. Sunet Ave.,    West Covina, CA 91790-3940
38285514       +Riverbend Finance, LLC,    P.O. Box 557,    Hays, MT 59527-0557
38285516       +Sequioa Financial Services,    28632 Roadside Dr #110,    Agoura Hills, CA 91301-6074
38285517       +Snap Finance,    1760 W 2100 S #26561,    Salt Lake City, UT 84199-9995
38285522        Webbank Fingerhut,    6250 Ridgewood Road,    Springfield, IL 62764-5000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: info@wajdalawgroup.com Jan 23 2018 02:30:54      Nicholas M Wajda,
                 Wajda Law Group APC,    11400 W Olympic Blvd Ste 200,    Los Angeles, CA 90064
tr             +EDI: BLSIMONS.COM Jan 23 2018 02:28:00      Larry D Simons (TR),    7121 Magnolia Ave,
                 Riverside, CA 92504-3805
smg             EDI: EDD.COM Jan 23 2018 02:23:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Jan 23 2018 02:28:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
38285488        EDI: ATTWIREBK.COM Jan 23 2018 02:23:00      AT&T Uverse,    P.O. Box 5014,
                 Carol Stream, IL 60197-5014
38285485       +EDI: ACECASHXPRESS.COM Jan 23 2018 02:28:00      Ace Cash Express,    Attn: Bankruptcy Department,
                 1231 Greenway Dr., #600,    Irving, TX 75038-2511
38285487        EDI: AFNIRECOVERY.COM Jan 23 2018 02:28:00      Afni, Inc,    P.O. Box 3427,
                 Bloomington, IL 61702-3427
38285489       +EDI: CAPITALONE.COM Jan 23 2018 02:28:00      Capital One,    PO BOX 71083,
                 Charlotte, NC 28272-1083
38285490       +E-mail/Text: dl-csgbankruptcy@charter.com Jan 23 2018 02:33:20      Charter Communications,
                 P.O. Box 60229,    Los Angeles, CA 90060-0229
38285494       +EDI: CCS.COM Jan 23 2018 02:28:00      Credit Control Service,    725 Canton St,
                 Norwood, MA 02062-2679
38285495        EDI: RCSFNBMARIN.COM Jan 23 2018 02:28:00      Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
38285497       +E-mail/Text: bknotice@erccollections.com Jan 23 2018 02:32:02      Enhanced Recovery Co., LLC,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
38285498        EDI: AMINFOFP.COM Jan 23 2018 02:28:00      First Premier Bank,    P.O. Box 5529,
                 Sioux Falls, SD 57117-5529
38285500       +EDI: CALTAX.COM Jan 23 2018 02:28:00      Franchise Tax Board,    P.O. Box 942840,
                 Sacramento, CA 94240-0001
38285502        EDI: IRS.COM Jan 23 2018 02:28:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
38285504       +EDI: RESURGENT.COM Jan 23 2018 02:28:00      LVNV Funding, LLC,    P.O. Box 10497,
                 Greenville, SC 29603-0497
38285507        EDI: MID8.COM Jan 23 2018 02:28:00      Midland Credit Management Inc,    PO BOX 60578,
                 Los Angeles, CA 90060-0578
38285510        EDI: PRA.COM Jan 23 2018 02:28:00      Portfolio Recovery Assoc, LLC,    140 Corporate Boulevard,
                 Norfolk, VA 23502
38285513        E-mail/Text: bkdepartment@rtresolutions.com Jan 23 2018 02:32:10
                 Real Time Resolutions, Inc.,    1349 Empire Central Dr STE 150,    Dallas, TX 75247-4029
38285515        E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Jan 23 2018 02:32:44
                 Schools First Federal Credit Union,    P.O. Box 11547,    Santa Ana, CA 92711-1547
38285518        E-mail/Text: bankruptcy@speedyinc.com Jan 23 2018 02:31:33      Speedy Cash,
                 3611 North Ridge Road,    Wichita, KS 67205-1214
38285519        EDI: AISTMBL.COM Jan 23 2018 02:23:00      T-Mobile,    P.O. Box 629025,
                 El Dorado Hills, CA 95762
38285520       +E-mail/Text: media@trueaccord.com Jan 23 2018 02:33:21      True Accord,
                 303 2nd Street, Suite 750 South,    San Francisco, CA 94107-1366
38285521        EDI: VERIZONWIRE.COM Jan 23 2018 02:28:00      Verizon Wireless,    P.O. Box 660108,
                 Dallas, TX 75266-0108
                                                                                              TOTAL: 24
```

```
District/off: 0973-6          User: tlozanoC              Page 2 of 2                    Date Rcvd: Jan 22, 2018
                              Form ID: 309A               Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
38285501     ##+Freedom Cash Lenders,   PO BOX 637,   Lakeport, CA 95453-0637
38285511     ##+Progress Financial,   171 Constitution Dr.,   Menlo Park, CA 94025-1106
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Larry D Simons    (TR)     larry@lsimonslaw.com,
               c119@ecfcbis.com;nancy@lsimonslaw.com;cynthia@lsimonslaw.com
              Nicholas M Wajda    on behalf of Debtor Keith Edward Andersen, Jr. info@wajdalawgroup.com,
               r47098@notify.bestcase.com
              United States Trustee   (RS)     ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Keith Edward Andersen Jr.** | Social Security number or ITIN **xxx–xx–2330** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter **7    1/19/18** |
| Case number: | **6:18–bk–10428–MJ** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Keith Edward Andersen Jr. | |
| 2. | **All other names used in the last 8 years** | aka Keith Edward Anderson Jr. | |
| 3. | **Address** | 2118 Parkside Dr., Apt. 263<br>Corona, CA 92879 | |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas M Wajda<br>Wajda Law Group APC<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064 | Contact phone 310–997–0471<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Larry D Simons (TR)<br>7121 Magnolia Ave<br>Riverside, CA 92504 | Contact phone (951) 686–6300<br>Email _____ |

/
**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Keith Edward Andersen Jr.** Case number **6:18–bk–10428–MJ**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 3420 Twelfth Street,<br>Riverside, CA 92501–3819 | Hours Open: 9:00 AM – 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 1/22/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 23, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**3801 University Ave., ROOM 103, Riverside, CA 92501** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/24/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Debtor **Keith Edward Andersen Jr.**                                                                                                                                   Case number **6:18–bk–10428–MJ**

| | | |
|---|---|---|
| **13.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 3801 University Avenue Suite 720, Riverside, CA 92501–3200. |

For more information, see pages 1 and 2 >